IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff;<br><br>  v.<br><br>TOWN OF EAST HAVEN AND EAST HAVEN BOARD OF POLICE COMMISSIONERS,<br><br>    Defendants. | CIVIL NO. 3:12-CV-1652 (AWT)<br><br>July 17, 2013 |

**JOINT MOTION TO MODIFY CERTAIN PROVISIONS OF THE
AGREEMENT FOR EFFECTIVE AND CONSTITUTIONAL POLICING**

The United States of America, Plaintiff, and the Town of East Haven, *et al*., Defendants, jointly and respectfully request that this Court modify certain provisions in the Agreement for Effective and Constitutional Policing entered in the above-captioned case. For cause, the Parties state and allege:

**I. BACKGROUND**

On December 21, 2012, this Court approved the Agreement for Effective and Constitutional Policing (the "Agreement") entered into by the Parties to resolve the instant action. ECF No. 11.

The Parties have been working collaboratively with the Joint Compliance Expert to implement and apply the terms of the Agreement. The Joint Compliance Expert's first semi-annual report is due July 22, 2013, consistent with the Expert's compliance assessment plan submitted to the Parties, pursuant to Paragraph 192, and the Joint Status Report submitted to the

Court on June 28, 2013 (Dkt. #17). The Joint Compliance Expert continues to provide valuable assistance to the Parties to ensure the timely, full, and effective implementation of the Agreement, including recommending amendments to promote compliance.

Following extensive consultation, the Parties agree that modifications to certain provisions are necessary to more effectively meet the objectives of the Agreement. Specifically, the modifications outlined below are intended to clarify expectations, more closely align the operational needs of the East Haven Police Department ("EHPD") and the goals of the Agreement, and streamline the monitoring and review process. The Parties further agree that the proposed modifications will not alter the fundamental purpose of the Agreement, which is to ensure that Defendants provide law enforcement services consistent with the Constitution and federal law. The Joint Compliance Expert supports these proposed modifications.

Paragraph 228 of the Agreement requires that any proposed modifications to the Agreement be executed in writing and filed with the Court. The Agreement further states that proposed modifications do not take effect until approved by this Court.

II. **PROPOSED MODIFICATIONS TO THE AGREEMENT**

The Parties request that this Court approve modifications to Paragraphs 21, 29, 58, 77, 154, 176, 182(i) and (iv), and 208 as specified below:

A. Paragraph 21: Allows Defendants to post new and revised policies on EHPD's website with a link to the Town's main website, instead of on the Town's website;

B. Paragraph 29: Allows Defendants to submit training curricula and lesson plans to the United States and the Joint Compliance Expert 45 days prior to training delivery instead of 90 days;

C. Paragraph 58: Clarifies the type of arrests for which supervisors must be present. The original Agreement required supervisory presence for any disorderly conduct-

type arrest. The modification would require a supervisor's presence at arrests that have the potential to be for a retaliatory purpose instead of all disorderly conduct arrests. Specifically, this provision now requires that a supervisor immediately respond to the scene, or document the extenuating circumstances preventing his or her presence, of any arrest for interfering with an officer; any arrest for violation of either breach of the peace in the second degree or disorderly conduct in which the violative conduct is (a) a reaction to police presence or officer conduct, or (b) targeted towards a police officer. This modification will require supervisors to more closely supervise arrests that have the potential to be retaliatory, instead of at every disorderly conduct offense.

D. Paragraph 77: Extends the time in which the Defendants can secure property of a bystander or witness reasonably believed to contain a recording of critical evidence related to a felony from 3 hours to 6 hours in order to obtain a subpoena, search warrant, or other valid order;

E. Paragraph 154: Clarifies the time in which Defendants must respond to civilian complaints by excluding weekends and holidays from the 48 hour timeframe;

F. Paragraph 176: Decreases the baseline time period for which Defendants are required to retain and preserve all recordings from automatic vehicle location systems, in-car cameras, electronic control weapons, and similar equipment from five years to three years. The proposed modification, however, requires that the Defendants retain and preserve any recordings that are under investigation, involved in litigation, or reasonably anticipated to lead to litigation for at least three years after disposition of the particular matter.

G. Paragraph 182(i) and (iv): Allows the Defendants to hold community meetings in northern and southern sections of town on alternating months, instead of in each of EHPD's three patrol districts every three months; and

H. Paragraph 208: Allows the Defendants to submit a status report to the Joint Compliance Expert 30 days before her semi-annual report instead of 45 days.

### III. CONCLUSION

The Parties respectfully request that this Court modify Paragraphs 21, 29, 58, 77, 154, 176, 182(i) and (iv), and 208 as set forth herein.

Respectfully submitted this 17th day of July, 2013.

| | |
|---|---|
| DEIRDRE M. DALEY<br>Acting United States Attorney<br>District of Connecticut | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| JOHN HUGHES, Civil Chief<br>Assistant United States Attorney<br>District of Connecticut | ROY L. AUSTIN, JR.<br>Deputy Assistant Attorney General<br>Civil Rights Division |
| *s/Michelle McConaghy*<br>MICHELLE McCONAGHY<br>Assistant United States Attorney<br>District of Connecticut<br>U.S. Attorney's Office<br>157 Church Street<br>23rd Floor CT Financial Center<br>New Haven, CT 06510<br>Tel: (203) 821-3700<br>Fax: (203) 773-5373<br>Michelle.McConaghy@usdoj.gov | JONATHAN M. SMITH<br>Chief<br><br>LUIS SAUCEDO<br>Acting Deputy Chief<br><br>ANIKA N. GZIFA<br>Trial Attorney, U.S. Department of Justice<br>Civil Rights Division, Special Litigation Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530<br>Tel: (202) 514-6255<br>Fax: (202) 514-4884<br>Anika.Gzifa@usdoj.gov<br><br>Attorneys for the United States |

    **/s/**
LAWRENCE C. SGRIGNARI
Gesmonde, Pietrosimone and Sgrignari, LLC
3127 Whitney Avenue
Hamden, CT 06518 j
Tel: (203) 407-4200
Fax: (203) 407-4210
lsgrignari@gpsp.com

Attorney for Defendants